SNEDIKER TRANSPORTATION CORPORATION, Appellant, v. PIEL BROS., INC., Respondent.— Order vacating plaintiff's notice of examination before trial reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; examination to proceed on five days' notice. The matters as to which the plaintiff seeks to examine are pertinent to its alleged causes of action. The discovery and inspection of the records of the defendant may be availed of as incidental to the examination, but it does not constitute a substitution for an examination before trial. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

CHARLES D. STRANG, INC., and ALLAN C. WILLIAMSON and EDITH C. WILLIAMSON, as Administrators with the Will Annexed, etc., of CHARLES D. STRANG, Deceased, Respondents, v. JOHN D. WHITE and RUDOLPH C. KNIPE, JR., Appellants.— Action by a corporation for damages based on alleged waste, and action by representatives of an individual stockholder for damages based on alleged fraud which relates to the acts of alleged waste. Order denying defendants' motion for summary judgment under rule 113, Rules of Civil Practice, affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

SUFFOLK COUNTY NATIONAL BANK, as Trustee for the Certificate Holders of Series 107076, GREATER NEW YORK-SUFFOLK TITLE AND GUARANTEE COMPANY, Respondent, v. EMMA L. LICHT, Appellant. ANGELINA LUONGO, Intervenor, Respondent.— Order confirming official referee's report and granting plaintiff leave to enter a deficiency judgment, and judgment entered thereon, unanimously affirmed, with costs. The stipulation whereby the trustee agreed to make no application for a deficiency judgment against appellant, in consideration of the delivery of a deed to property adjoining the mortgaged premises and the transfer of certain personalty, was within the power of the trustee and was, therefore, valid, in the absence of any contrary provision in the declaration of trust. (Restatement of the Law of Trusts, § 192.) But the appellant waived her right to review the determination of the Special Term, holding the stipulation invalid, by acquiescing in such determination and accepting the return of the deed and bill of sale. (Carll v. Oakley, 97 N. Y. 633.) The findings of the official referee as to the value of the mortgaged premises were not against the weight of the evidence. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

UNIVERSAL ICE SERVICE, INC., Respondent, v. RUBEL ICE CORPORATION, Appellant.— Action for damages for breach of contract. Order granting plaintiff's motion for leave to serve an amended complaint and restoring action to the reserve calendar, and denying defendant's motion to dismiss for failure to prosecute, affirmed, with ten dollars costs and disbursements. (Hempstead Harbor Lumber Corp. v. Sechko, 227 App. Div. 668.) Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.